FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-20-00333-CR

Zohair **AHMED**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2128A
Honorable Jennifer Pena, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before August 20, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court